**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Central District of California**

Case number (*if known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | New Century Builders & Developers, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 80-0945975 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 58865 S Central Avenue | |
| Number     Street | Number     Street |
| | P.O. Box |
| Los Angeles     CA     90001 | |
| City     State     ZIP Code | City     State     ZIP Code |
| Los Angeles County | **Location of principal assets, if different from principal place of business** |
| County | Number     Street |
| | City     State     ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor    New Century Builders & Developers, Inc.
_____
Name

Case number (if known)_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                                            MM / DD / YYYY

          District _____    When _____    Case number _____
                                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.    Debtor _____    Relationship _____

          District _____    When _____
                                                            MM / DD / YYYY

          Case number, if known _____

| Debtor | New Century Builders & Developers, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|
| | |
| City | State  ZIP Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | New Century Builders & Developers, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/13/2023
MM / DD /YYYY

✗ /s/ George O. Castano                    George O. Castano
Signature of authorized representative of debtor        Printed name

Title  President

**18. Signature of attorney**

✗ /s/ Victor Yoo                    Date  6/15/23
Signature of attorney for debtor        MM / DD /YYYY

Victor Yoo
Printed name
Victor Yoo
Firm name
2049 CENTURY PARK EAST, SUITE 2525
Number        Street
LOS ANGELES                    CA        90067
City                    State        ZIP Code

(310) 788-9820                    vjy@taxlawyersgroup.com
Contact phone                    Email address

175100                    CA
Bar number                    State

# CORPORATE RESOLUTION

*New Century Builders & Developers Inc.*

A California Corporation


Whereas, the undersigned having met with all of the members of the Board of

Directors of *New Century Builders & Developers Inc*, A California Corporation, pursuant to the Bylaws

of the Company, and notice of such meeting being waived; and

Whereas, the Board of Directors having received and reviewed reports furnished

to it concerning the financial condition of the Company; and

Whereas, it appearing in the business judgment of the Board of Directors that the

Company should be liquidated under the supervision of the United States Bankruptcy Court, it is

hereby

Resolved, that the Company initiate a case under Chapter 7 of the Bankruptcy

Code; and it is further

Resolved, that *George D. Castanis* is authorized to sign on behalf of the Company.


Date: *OC/13/2023*

*George D. Castanis*

_____, President


3

## CERTIFICATE OF SECRETARY

I certify that:

I am the duly qualified and acting Secretary of _New Century Builders_, a California Corporation. _& Developers Inc._

The foregoing is a true copy of a resolution duly adopted by the Board of Directors of the corporation at a special meeting duly held on _6/13/23_ and entered in the minutes of such meeting in the minute book of the corporation.

The resolution is in the conformity with the articles of incorporation and bylaws of the corporation, has never been modified or repealed, and is now in full force and effect.

Dated: _06/13/23_, 20_23_

_George O. Castano_, Secretary

4

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF <u>California - Central</u>

In re New Century Builders & Developers, Inc.

_____
(Debtor(s))

Case No. _____
Chapter 7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for <u>New Century Builders & Developers, Inc.</u>

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☑ None [check if applicable]

_____6/15/23_____
Date

/s/ Victor Yoo
Statement of attorney or Litigant

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   Case No. 2:22-bk-14600, filed 08/23/2022, Court Central District of California (Los Angeles)

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _LOS ANGELES_____, California

Date: _06/13/2023_____

_[signature]_ New Century
Builders & Developers Inc
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                            Page 1                     F 1015-2.1.STMT.RELATED.CASES

**Fill in this information to identify the case:**

Debtor name _____ New Century Builders & Developers, Inc. _____

United States Bankruptcy Court for the: Central District of California

_____ (State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................................................ $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...................................................................................... $ _____ 87.71

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................................................ $ _____ 87.71

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ............ $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ....................................................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ........................... +$ _____ 269,820.96

4. **Total liabilities** .........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                              $ _____ 269,820.96

---

**Fill in this information to identify the case:**

Debtor name _New Century Builders & Developers, Inc._

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. WELLS FARGO | Checking | 1  7  2  6 | $ 87.71 |
   | 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. | $ |
   | 4.2. | $ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 87.71

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. | $ |
   | 7.2. | $ |

Debtor    New Century Builders & Developers, Inc.                                    Case number (if known)_____
            Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____    $_____

    8.2._____    $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                                    $_____

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                        Current value of debtor's
                                                                        interest

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........→      $_____
                                face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:    _____ – _____ = ........→      $_____
                                face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.               $_____

### Part 4:    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                    Valuation method          Current value of debtor's
                                                    used for current value    interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
    including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable
    instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                   $_____

| Debtor | New Century Builders & Developers, Inc. | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor   New Century Builders & Developers, Inc.
_____
         Name

Case number (if known)_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$\boxed{\$_____}$

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$\boxed{\$_____}$

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor ___New Century Builders & Developers, Inc._____
         Name

Case number *(if known)*_____

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | New Century Builders & Developers, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    New Century Builders & Developers, Inc.
      Name

Case number (if known) _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☑ No. Go to Part 12.
- ☐ Yes. Fill in the information below.

                                                         **Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
_____     _____ — _____ = ➜  $_____
                             Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
_____    $_____
Nature of claim    _____
Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
_____    $_____
Nature of claim    _____
Amount requested    $_____

76. **Trusts, equitable or future interests in property**
_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
_____    $_____
_____    $_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor      New Century Builders & Developers, Inc.
            _____          Case number (if known) _____
            Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 87.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................... → | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..................... 91a. | $ 87.71 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........ 87.71 .................................................................   $ 87.71

**Fill in this information to identify the case:**

Debtor name _New Century Builders & Developers, Inc._

United States Bankruptcy Court for the: _Central District of California_

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral**<br>that supports this claim |
|---|---|---|---|

**2.1** Creditor's name

_____

Creditor's mailing address

_____
_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**2.2** Creditor's name

_____

Creditor's mailing address

_____
_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

| Fill in this information to identify the case: |
|---|
| Debtor   New Century Builders & Developers, Inc. |
| United States Bankruptcy Court for the:   Central District of California |
| Case number (if known) |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:              Total claim      $_____      Priority amount    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:              $_____      $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3**  Priority creditor's name and mailing address

As of the petition filing date, the claim is:              $_____      $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number  _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

| Debtor | New Century Builders & Developers, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
CALIFORNIA DEPARTMENT OF TAX AND FEE
ADMINISTARTION
COLLECTION SUPPORT
BUREAU-BANKRUTPCY TEAM
MIC: 74
PO BOX 942879

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 1.00

| Date or dates debt was incurred | 2022 |
| Last 4 digits of account number | 5975 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** | Nonpriority creditor's name and mailing address
CITY OF LOS ANGELES
PO BOX 102654
PASADENA, CA, 91889

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** BUSINESS TAXES

$ 8,166.67

| Date or dates debt was incurred | 2020 |
| Last 4 digits of account number | 0366 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** | Nonpriority creditor's name and mailing address
CITY OF LOS ANGELES
PO BOX 102654
PASADENA, CA, 91889

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

$ 8,166.67

| Date or dates debt was incurred | 2022 |
| Last 4 digits of account number | 0266 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** | Nonpriority creditor's name and mailing address
CITY OF LOS ANGELES
PO BOX 102654
PASADENA, CA, 91889

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** BUSINESS TAXES

$ 8,166.67

| Date or dates debt was incurred | 2021 |
| Last 4 digits of account number | 0266 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** | Nonpriority creditor's name and mailing address
EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
BANKRUPTCY GROUP MIC 92E
SACRAMENTO, CA, 94280-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Payroll Tax

$ 1.00

| Date or dates debt was incurred | 2019 |
| Last 4 digits of account number | 5975 |

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** | Nonpriority creditor's name and mailing address
EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
BANKRUPTCY GROUP MIC 92E
SACRAMENTO, CA, 94280-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Payroll Tax

$ 1.00

| Date or dates debt was incurred | 2020 |
| Last 4 digits of account number | 5975 |

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   New Century Builders & Developers, Inc.
         _____
         Name

Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.** **7** Nonpriority creditor's name and mailing address

EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
BANKRUPTCY GROUP MIC 92E
SACRAMENTO, CA, 94280-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Payroll Tax

Is the claim subject to offset?
☑ No
☐ Yes

| | |
| --- | --- |
| Date or dates debt was incurred | 2021 |
| Last 4 digits of account number | 5975 |

$ 1.00

---

**3.** **8** Nonpriority creditor's name and mailing address

EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
BANKRUPTCY GROUP MIC 92E
SACRAMENTO, CA, 94280-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Payroll Tax

Is the claim subject to offset?
☑ No
☐ Yes

| | |
| --- | --- |
| Date or dates debt was incurred | 2022 |
| Last 4 digits of account number | 5975 |

$ 1.00

---

**3.** **9** Nonpriority creditor's name and mailing address

FRANCHISE TAX BOARD BANKRUPTCY
SECTION
PO BOX 2952
MS: A-340
SACRAMENTO, CA, 95812-2952

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Income Taxes

Is the claim subject to offset?
☑ No
☐ Yes

| | |
| --- | --- |
| Date or dates debt was incurred | 2021 |
| Last 4 digits of account number | 5975 |

$ 1.00

---

**3.** **10** Nonpriority creditor's name and mailing address

FRANCHISE TAX BOARD BANKRUPTCY
SECTION
PO BOX 2952
MS: A-340
SACRAMENTO, CA, 95812-2952

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Income Taxes

Is the claim subject to offset?
☑ No
☐ Yes

| | |
| --- | --- |
| Date or dates debt was incurred | 2022 |
| Last 4 digits of account number | 5975 |

$ 1.00

---

**3.** **11** Nonpriority creditor's name and mailing address

FRANCHISE TAX BOARD BANKRUPTCY
SECTION
PO BOX 2952
MS: A-340
SACRAMENTO, CA, 95812-2952

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Income Taxes

Is the claim subject to offset?
☑ No
☐ Yes

| | |
| --- | --- |
| Date or dates debt was incurred | 2020 |
| Last 4 digits of account number | 5975 |

$ 1.00

---

Official Form 206E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor ___New Century Builders & Developers, Inc._____
       Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                            Amount of claim

**3.12** Nonpriority creditor's name and mailing address

FRANCHISE TAX BOARD BANKRUPTCY
SECTION
PO BOX 2952
MS: A-340
SACRAMENTO, CA, 95812-2952

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Income Taxes

Date or dates debt was incurred _____2019_____
Last 4 digits of account number _____5975_____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1.00

**3.13** Nonpriority creditor's name and mailing address

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA, 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Income Taxes

Date or dates debt was incurred _____2019_____
Last 4 digits of account number _____5975_____

Is the claim subject to offset?
✓ No
☐ Yes

$ 1.00

**3.14** Nonpriority creditor's name and mailing address

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA, 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Income Taxes

Date or dates debt was incurred _____2022_____
Last 4 digits of account number _____5975_____

Is the claim subject to offset?
✓ No
☐ Yes

$ 1.00

**3.15** Nonpriority creditor's name and mailing address

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA, 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Income Taxes

Date or dates debt was incurred _____2021_____
Last 4 digits of account number _____5975_____

Is the claim subject to offset?
☑ No
☐ Yes

$ 1.00

**3.16** Nonpriority creditor's name and mailing address

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA, 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Income Taxes

Date or dates debt was incurred _____2020_____
Last 4 digits of account number _____5975_____

Is the claim subject to offset?
✓ No
☐ Yes

$ 1.00

| Debtor | New Century Builders & Developers, Inc. | |
|---|---|---|
| | Name | |
| | | Case number (if known) _____ |

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | |

**3. 17   Nonpriority creditor's name and mailing address**

Jackie Eghbali and Bahman Eghbali
5328 Lockhurst Drive
Woodland Hills, CA, 91367

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Lawsuit Settlement

$ 239,209.95

Date or dates debt was incurred   06/2019
Last 4 digits of account number   _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3. 18   Nonpriority creditor's name and mailing address**

LOS ANGELES COUNTY TAX COLELCTOR
PO BOX 54110
LOS ANGELES, CA, 90054-0110

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**

$ 1.00

Date or dates debt was incurred   2022
Last 4 digits of account number   5975

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3. 19   Nonpriority creditor's name and mailing address**

SCOTTSDALE INSURANCE
6644 VALIJEAN AVENUE
SUITE 100
Van Nuys, CA, 91406

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**   INSURANCE CLAIM

$ 1,000.00

Date or dates debt was incurred   2021
Last 4 digits of account number   9901

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3. 20   Nonpriority creditor's name and mailing address**

STARR SURPLUS LINE INSURANCE
COMPANY
399 PARK AVENUE
3RD FLOOR
New York, NY, 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:** Lawsuit Settlement

$ 5,090.00

Date or dates debt was incurred   _____
Last 4 digits of account number   23STSC01863

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3. 21   Nonpriority creditor's name and mailing address**

U.S. SECURITIES EXCHANGE COMMISSION
ATTN: BANKRUPTCY COUNSEL
444 SOUTH FLOWER STREET
SUITE 900
LOS ANGELES, CA, 90071-9591

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Basis for the claim:**   Securities

$ 1.00

Date or dates debt was incurred   2019
Last 4 digits of account number   5975

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor    New Century Builders & Developers, Inc.
_____
Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.**22** Nonpriority creditor's name and mailing address

U.S. SECURITIES EXCHANGE COMMISSION
ATTN: BANKRUPTCY COUNSEL
444 SOUTH FLOWER STREET
SUITE 900
LOS ANGELES, CA, 90071-9591

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Securities

$ 1.00

Date or dates debt was incurred      2022
Last 4 digits of account number      5975

Is the claim subject to offset?
☑ No
☐ Yes

3.**23** Nonpriority creditor's name and mailing address

U.S. SECURITIES EXCHANGE COMMISSION
ATTN: BANKRUPTCY COUNSEL
444 SOUTH FLOWER STREET
SUITE 900
LOS ANGELES, CA, 90071-9591

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Securities

$ 1.00

Date or dates debt was incurred      2020
Last 4 digits of account number      5975

Is the claim subject to offset?
✓ No
☐ Yes

3.**24** Nonpriority creditor's name and mailing address

U.S. SECURITIES EXCHANGE COMMISSION
ATTN: BANKRUPTCY COUNSEL
444 SOUTH FLOWER STREET
SUITE 900
LOS ANGELES, CA, 90071-9591

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Securities

$ 1.00

Date or dates debt was incurred      2021
Last 4 digits of account number      5975

Is the claim subject to offset?
✓ No
☐ Yes

3.**25** Nonpriority creditor's name and mailing address

U.S. SMALL BUSINESS ADMINISTARTION -
OFFICE OF GENERAL COUNSEL
312 NORTH SPRING STREET
5TH FLOOR
LOS ANGELES, CA, 90012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 1.00

Date or dates debt was incurred      2022
Last 4 digits of account number      5975

Is the claim subject to offset?
☑ No
☐ Yes

3.**26** Nonpriority creditor's name and mailing address

UNITED STATES ATTORNEY'S OFFICE -
FEDERAL BUILDING
300 NORTH LOS ANGELES STREET
ROOM 7516
Los Angeles, CA, 90012

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 1.00

Date or dates debt was incurred      2022
Last 4 digits of account number      5975

Is the claim subject to offset?
✓ No
☐ Yes

Debtor    New Century Builders & Developers, Inc.
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.__27__ Nonpriority creditor's name and mailing address

UNITEST STATES DEPARTMENT OF JUSTICE
- BEN FRANKLIN STATION
PO BOX 683
Washington, DC, 20044

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

$ 1.00

Date or dates debt was incurred    2022

Last 4 digits of account number    5975

Is the claim subject to offset?
☑ No
☐ Yes

3.____ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

3.____ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

3.____ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

3.____ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | New Century Builders & Developers, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | CALIFORNIA DEPARTMENT OF TAX AND FEES ADMINISTRATION ACCOUNT INFORMATION GROUP, MIC: 29 PO BOX 942879 SACRAMENTO, CA, 94279-0029 | Line 3.1 ☐ Not listed. Explain: | 5975 |
| 4.2. | DIRECTOR - CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION 450 NORTH STREET MIC 104 SACRAMENTO, CA, 94279-0074 | Line 3.1 ☐ Not listed. Explain | 5975 |
| 4.3. | FRANCHISE TAX BOARD CHIEF COUNSE c/o GENERAL COUNSEL PO BOX 1720 MS: A-260 RANCHO CORDOVA, CA, 95741-1720 | Line 3.9 ☐ Not listed. Explain | 5975 |
| 4.4. | FRANCHISE TAX BOARD CHIEF COUNSE c/o GENERAL COUNSEL PO BOX 1720 MS: A-260 RANCHO CORDOVA, CA, 95741-1720 | Line 3.10 ☐ Not listed. Explain | 5975 |
| 41. | FRANCHISE TAX BOARD CHIEF COUNSE c/o GENERAL COUNSEL PO BOX 1720 MS: A-260 RANCHO CORDOVA, CA, 95741-1720 | Line 3.11 ☐ Not listed. Explain | 5975 |
| 4.5. | FRANCHISE TAX BOARD CHIEF COUNSE c/o GENERAL COUNSEL PO BOX 1720 MS: A-260 RANCHO CORDOVA, CA, 95741-1720 | Line 3.12 ☐ Not listed. Explain | 5975 |
| 4.6. | INTERNAL REVENUE SERVICE 300 NORTH LOS ANGELESE STREET ROOM 1259 Los Angeles, CA, 90012 | Line 3.13 ☐ Not listed. Explain | _____ |
| 4.7. | INTERNAL REVENUE SERVICE 300 NORTH LOS ANGELESE STREET ROOM 1259 Los Angeles, CA, 90012 | Line 3.14 ☐ Not listed. Explain | 5975 |
| 4.8. | INTERNAL REVENUE SERVICE 300 NORTH LOS ANGELESE STREET ROOM 1259 Los Angeles, CA, 90012 | Line 3.15 ☐ Not listed. Explain | _____ |
| 4.9. | INTERNAL REVENUE SERVICE 300 NORTH LOS ANGELESE STREET ROOM 1259 Los Angeles, CA, 90012 | Line 3.16 ☐ Not listed. Explain | _____ |
| 4.10. | NCS 6644 VALIJEAN AVENUE SUITE 100 Van Nuys, CA, 91406 | Line 3.19 ☐ Not listed. Explain | 9901 |
| 4.11. | TONY FORBERG. ESQ 16133 VENTURA BLVD SUITE 700 Encino, CA, 91436 | Line 3.17 ☐ Not listed. Explain | _____ |

Debtor   New Century Builders & Developers, Inc.
_____
Name

Case number *(if known)* _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 Tony Forberg, Esq.<br>16501 Ventura Boulevard<br>Suite 400<br>Encino, CA, 91436 | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain | _____ |
| 4.___ | Line _____<br>☐ Not listed. Explain _____ | _____ |

Debtor    New Century Builders & Developers, Inc.
_____
Name

Case number _(if known)_ _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ | 269,820.96 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 269,820.96 |

**Fill in this information to identify the case:**

Debtor name _New Century Builders & Developers, Inc._

United States Bankruptcy Court for the: _Central District of California_

Case number (If known): _____    Chapter _7_

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name _New Century Builders & Developers, Inc._____

United States Bankruptcy Court for the: __Central District of California__

Case number (If known): _____

**Official Form 206H**

☐ Check if this is an
amended filing

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 George O. Castano [DISCHARGED VIA G. CASTANO PERSONAL BK] | 5951 PEACOCK RIDGE ROAD Rancho Palos Verdes, CA 90275 | Jackie Eghbali and Bahman Eghbali | ☐ D ☑ E/F ☐ G |
| 2.2 | | | ☐ D ☐ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case and this filing:

Debtor Name _____ New Century Builders & Developers, Inc. _____

United States Bankruptcy Court for the:  Central District of California

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/13/2023          ✗ /s/ George O. Castano
             MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                 George O. Castano
                                 Printed name

                                 President
                                 Position or relationship to debtor

## United States Bankruptcy Court
### California - Central

In re: New Century Builders & Developers, Inc.

Case No.

Chapter  7

Debtor(s)

## BUSINESS INCOME AND EXPENSES

| | |
|---|---|
| **Gross Monthly Income** | $ 0.00 |

**Business Expenses**

| | |
|---|---|
| Cost of goods sold | 0.00 |
| Advertising | 0.00 |
| Car and truck expenses | 0.00 |
| Fees | 0.00 |
| Depreciation | 0.00 |
| Employee benefits | 0.00 |
| Insurance | 0.00 |
| Interest | 0.00 |
| Legal and professional | 0.00 |
| Office expense | 0.00 |
| Pension and profit sharing | 0.00 |
| Rent | 0.00 |
| Other leases | 0.00 |
| Repairs | 0.00 |
| Maintenance | 0.00 |
| Supplies | 0.00 |
| Taxes and licenses | 0.00 |
| Travel, meals, etc | 0.00 |
| Utilities | 0.00 |
| Other _____ | _____ |
| _____ | |
| _____ | |

| | |
|---|---|
| **Total Expenses** | $ 0.00 |
| **Net Monthly Income** | $ 0.00 |

**Fill in this information to identify the case:**

Debtor name _New Century Builders & Developers, Inc._

United States Bankruptcy Court for the: _Central District of California_

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:    Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/2023<br>MM / DD / YYYY | to | Filing date | ☐ Operating a business<br>☐ Other | $_____0.00 |
| For prior year: | From 01/01/2022<br>MM / DD / YYYY | to | 12/31/2022<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____500.00 |
| For the year before that: | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $_____900.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    New Century Builders & Developers, Inc.                              Case number (if known)_____
          Name

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

   | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | | | | | Check all that apply |
   | 3.1. | _____ | | $_____ | ☐ Secured debt |
   | | Creditor's name | | | ☐ Unsecured loan repayments |
   | | | | | ☐ Suppliers or vendors |
   | | | | | ☐ Services |
   | | | | | ☐ Other _____ |
   | 3.2. | _____ | | $_____ | ☐ Secured debt |
   | | Creditor's name | | | ☐ Unsecured loan repayments |
   | | | | | ☐ Suppliers or vendors |
   | | | | | ☐ Services |
   | | | | | ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

   | | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | _____ | _____ | $_____ | |
   | | Insider's name | _____ | | |
   | | | _____ | | |
   | | Relationship to debtor | | | |
   | | _____ | | | |
   | 4.2. | _____ | _____ | $_____ | |
   | | Insider's name | _____ | | |
   | | | _____ | | |
   | | Relationship to debtor | | | |
   | | _____ | | | |

Debtor   New Century Builders & Developers, Inc.                                    Case number (if known)_____
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Starr Surplus Lines Insurance Company v New Century Builders and Developers, Inc. | Small Claims | Stanley Mosk Courthouse | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>23STSC01863<br>_____ | | 111 North Hill Street<br>Los Angeles, CA 90012 | |
| 7.2. | Case title<br>JACKIE EGHBALI, ET AL. v NEW CENTURY BUILDERS, ET AL. | | Court or agency's name and address<br>Stanley Mosk Courthouse | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>19STCV45642<br>_____ | | 111 North Hill Street<br>Los Angeles, CA 90012 | |

Debtor   New Century Builders & Developers, Inc.                     Case number *(if known)*_____
          Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| | Case title | Court name and address |
| | _____ | _____ |
| | | Name |
| | Case number | |
| | _____ | |
| | Date of order or assignment | |
| | _____ | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| 9.2. _____ | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| Recipient's relationship to debtor | | | |
| _____ | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | | _____ | $_____ |

| Debtor | New Century Builders & Developers, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Victor J. Yoo, Esq. | REPRESENTATION FOR TAX MATTERS. | 03/10/2023 | $ 2,000.00 |
| | **Address** | | | |
| | 2049 Century Park East | | | |
| | Suite 2525 | | | |
| | Los Angeles, CA 90067 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

Debtor  New Century Builders & Developers, Inc.
_____
    Name

Case number (if known)_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | Address | | | |
| | _____ | | | |
| | Relationship to debtor | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | Address | | | |
| | _____ | | | |
| | Relationship to debtor | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

Debtor    New Century Builders & Developers, Inc.
          _____          Case number (if known)_____
          Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | New Century Builders & Developers, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No ☐ Yes |
| Address | | | |

| Debtor | New Century Builders & Developers, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ |
| Name | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

Debtor    New Century Builders & Developers, Inc.                                    Case number (if known)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| | | | Do not include Social Security number or ITIN. |
| 25.1. | Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____  To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| | Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____  To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number |
| | | | Do not include Social Security number or ITIN. |
| | Name | | EIN: _____ |
| | | | Dates business existed |
| | | | From _____  To _____ |

---

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 10

Debtor    New Century Builders & Developers, Inc. _____      Case number (if known)_____
         Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____ | From _____ |
|      Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____ | From _____ |
|      Name | To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ | From _____ |
|      Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____ | From _____ |
|      Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ | |
|      Name | |

---

Debtor   New Century Builders & Developers, Inc.
_____                    Case number (if known)_____
         Name

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

|  | Name and address |
|---|---|
| 26d.1. | _____<br>Name |

|  | Name and address |
|---|---|
| 26d.2. | _____<br>Name |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

| 27.1. | _____<br>Name |
|---|---|

Debtor    New Century Builders & Developers, Inc.                                    Case number (if known)_____
          Name

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | _____ | _____ | $_____ |
| | Name and address of the person who has possession of inventory records | | |
| 27.2. | _____ | | |
| | Name | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| GEORGE O. CASTANO | 5951 PEACOCK RIDGE ROAD, Rancho Palos Verdes, CA 90275 | | 100.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | _____ | _____ | _____ | |
| | Name | | _____ | |
| | | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | _____ | | | |

Debtor  New Century Builders & Developers, Inc.
_____
Name                                        Case number *(if known)*_____

**Name and address of recipient**

30.2  _____
Name

_____

**Relationship to debtor**

_____

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer identification number of the parent corporation**

_____                  EIN: _____

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

**Name of the pension fund**                          **Employer identification number of the pension fund**

_____                  EIN: _____

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/31/2023
            MM / DD / YYYY

✘ /s/ George O. Castano                     Printed name  George O. Castano
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Central District of California

**In re** New Century Builders & Developers, Inc.

Case No. _____

**Debtor**

Chapter <sup>7</sup>_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✓] FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,000.00 _____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 4,000.00 _____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

[ ] RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . . $_____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

   [✔] Debtor          [ ] Other (specify)

3.  The source of compensation to be paid to me is:

   [✔] Debtor          [ ] Other (specify)

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6/15/23

*Date*

/s/ Victor Yoo, 175100

*Signature of Attorney*

Victor Yoo

*Name of law firm*
2049 CENTURY PARK EAST,
SUITE 2525
LOS ANGELES, CA 90067

# United States Bankruptcy Court

## Central District of California

In re:   New Century Builders & Developers, Inc.

Case No.

Chapter   7

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _05/31/2023_

/s/ George O. Castano
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINIST
COLLECTION SUPPORT BUREAU-BANKRUTPCY TEA
MIC: 74
PO BOX 942879
SACRAMENTO, CA 94279-0074


CALIFORNIA DEPARTMENT OF TAX AND FEES ADMINIS
ACCOUNT INFORMATION GROUP, MIC: 29
PO BOX 942879
SACRAMENTO, CA 94279-0029


CITY OF LOS ANGELES
PO BOX 102654
PASADENA, CA 91889


DIRECTOR - CALIFORNIA DEPARTMENT OF TAX AND F
450 NORTH STREET
MIC 104
SACRAMENTO, CA 94279-0074


EMPLOYMENT DEVELOPMENT DEPARTMENT
PO BOX 826880
BANKRUPTCY GROUP MIC 92E
SACRAMENTO, CA 94280-0001


FRANCHISE TAX BOARD BANKRUPTCY SECTION
PO BOX 2952
MS: A-340
SACRAMENTO, CA 95812-2952


FRANCHISE TAX BOARD CHIEF COUNSE c/o GENERAL
PO BOX 1720
MS: A-260
RANCHO CORDOVA, CA 95741-1720


George O. Castano
5951 PEACOCK RIDGE ROAD
Rancho Palos Verdes, CA 90275

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICE
300 NORTH LOS ANGELESE STREET
ROOM 1259
Los Angeles, CA 90012


Jackie Eghbali & Bahman Eghbali
5328 Lockhurst Drive
Woodland Hills, CA 91367


Jackie Eghbali and Bahman Eghbali
5328 Lockhurst Drive
Woodland Hills, CA 91367


LOS ANGELES COUNTY TAX COLELCTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110


NCS
6644 VALIJEAN AVENUE
SUITE 100
Van Nuys, CA 91406


SCOTTSDALE INSURANCE
6644 VALIJEAN AVENUE
SUITE 100
Van Nuys, CA 91406


STARR SURPLUS LINE INSURANCE COMPANY
399 PARK AVENUE
3RD FLOOR
New York, NY 10022

Starr Surplus Lines Insurance Company
399 PARK AVENUE
3rd Gloor
New York, NY 10022


TONY FORBERG, ESQ
16133 VENTURA BLVD
SUITE 700
Encino, CA 91436


Tony Forberg, Esq.
16501 Ventura Boulevard
Suite 400
Encino, CA 91436


U.S. SECURITIES EXCHANGE COMMISSION ATTN: BAN
444 SOUTH FLOWER STREET
SUITE 900
LOS ANGELES, CA 90071-9591


U.S. SMALL BUSINESS ADMINISTARTION - OFFICE O
312 NORTH SPRING STREET
5TH FLOOR
LOS ANGELES, CA 90012


UNITED STATES ATTORNEY'S OFFICE - FEDERAL BUI
300 NORTH LOS ANGELES STREET
ROOM 7516
Los Angeles, CA 90012


UNITEST STATES DEPARTMENT OF JUSTICE - BEN FR
PO BOX 683
Washington, DC 20044